UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SCOTT, #191939

        Plaintiff,                      Case No. 03-75069

vs.

                                 HONORABLE ARTHUR J. TARNOW
                                 MAGISTRATE JUDGE STEVEN D. PEPE

CARTENSEN, et al

        Defendants.
_____/

ORDER EXTENDING SUMMONS AND
PROVIDING FOR SUBMISSION OF DEFENDANT WILLIAMS' ADDRESS UNDER SEAL

This matter is before the Court pursuant to Plaintiff's *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983. On July 20, 2005, Defendants' Cartensen, Haynes and Wilkinson (collectively the "Defendants") filed their Motion For Protective Order And Order To Seal Document (#24) and Plaintiff filed his Motion To Extend Summons, For Assistance In Effective Service On Defendant Williams Or For Notice By Publication (#26), both of which were referred to the undersigned for hearing and determination pursuant to 28 U.S.C. 636 (b)(1)(B). For the reasons stated below, Defendants' motion shall be GRANTED and Plaintiff's motion shall be GRANTED IN PART.

The parties apparently agree that Plaintiff has been unable to serve Defendant Williams (a former Michigan Department of Corrections employee named "G. Williams") with the summons and complaint in this matter due to the fact that he is no longer employed by the State of Michigan and Plaintiff does not have information regarding Defendant Williams' current address or employer. The relief requested in both of the above-referenced motions contemplates that Defendant Williams' current address can be provided to the Court under seal so that service may be completed by the

United States Marshal's Service (pursuant to Plaintiff's *in forma pauperis* status).

There being no apparent dispute, IT IS ORDERED that the last known address of Defendant Williams shall be submitted to the Court by Defendants under seal within 14 days, so that service can be made on Defendant Williams by the United States Marshal's Service. The document containing Defendant William's last known address shall remain under seal and shall not be incorporated into the record of this case. Further, any service or return of service documents shall not list the address at which Defendant Williams is served or at which service was attempted. And, copies of the sealed document or service documents shall not be forwarded to Plaintiff.

IT IS FURTHER ORDERED that the summons in this matter shall be extended until November 23, 2005.

SO ORDERED.

Dated: August 29, 2005                                     s/Steven D. Pepe
Ann Arbor, Michigan                                        United States Magistrate Judge


Certificate of Service

I hereby certify that on August 29, 2005, I arranged for service as provided above and electronically filed the foregoing order with the Clerk of the Court using the ECF system which will send notification of such filing to: Christine Campbell. I further certify that I mailed a copy to the following non-ECF participant: David J. Scott.

                                                    s/William J. Barkholz
                                                    Courtroom Deputy Clerk