# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID SCOTT, #191939

       Plaintiff,                Case No. 03-75069

v.                                    District Judge Arthur J. Tarnow
                                    Magistrate Judge Steven D. Pepe

CARTENSEN, G. WILLIAMS, T.
HAYNES AND M. WILKINSON

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 78], AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DE 67]

Before the Court is the Magistrate Judge's Report and Recommendation [DE 78], filed August 18, 2008, regarding Defendants' Motion for Summary Judgment [DE 67]. The Report and Recommendation recommended that Defendants' motion be granted and all claims dismissed with prejudice.

By the September 5, 2008, deadline, Plaintiff had filed no objections to the Report and Recommendation. There having been no objection, and the Court being fully advised in the premises,

        IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Pepe [DE 78] is ADOPTED.

        IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment [DE 67] is GRANTED.

        SO ORDERED.

                                      S/ARTHUR J. TARNOW
                                      Arthur J. Tarnow
                                      United States District Judge

Dated: September 22, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 22, 2008, by electronic and/or ordinary mail.

                                          S/THERESA E. TAYLOR
                                          Case Manager